UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MICHAEL GYECSEK,                                        18 CV 01023 (PAC)

      *Plaintiff*,

                      **JUDGMENT PURSUANT**
-against-                    **TO RULE 68**

J.P. HOGAN CORING & SAWING, CORP. and
JOHN HOGAN, individually,

      *Defendants*.
------------------------------------------------------------------X

    **IT IS HEREBY ORDERED, ADJUDICATED AND DECREED THAT** pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the Defendants' Offer of Judgment on April 27, 2020 and the Plaintiff's acceptance that was filed with the Court on April 28, 2020 (docket #43), Plaintiff will take judgment against Defendants J.P. Hogan Coring & Sawing, Corp. and John Hogan for Ninety Thousand Dollars and No Cents ($90,000.00) under the FLSA, according to the terms of Defendant's Offer of Judgment, which are fully and completely incorporated herein.

Dated: ~~April __, 2020~~
    ~~New York, NY~~
    May 8, 2020
    New York, NY

                      SO ORDERED:
                      _____
                      HON. PAUL A. CROTTY, U.S.D.J.